IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LYNN PETTY, § | | |
| CHARLES B. PETTY, and § | | |
| LYNN PETTY as guardian for minor § | | |
| Child, B.B., § | | |
|     Plaintiffs, § | | |
| § | | |
| v. § | CIVIL ACTION | |
| § | FILE NO.: 2:05-CV-1005-D | |
| CLIENT SERVICES, INC. and § | | |
| JAMES BLACK, individually and § | | |
| jointly, § | | |
|     Defendants. § | | |

## DISMISSAL WITH PREJUDICE

**COMES NOW,** the Plaintiffs in the above-styled lawsuit and respectfully DISMISS their civil action against all Defendants WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(i).

    Respectfully submitted,

/s/ Robert Kaiden

1850 Lake Park Drive, Suite 204    Robert Kaiden
Smyrna, GA 30080    Attorney for Plaintiffs
Tel. (770) 801-9950    Georgia Bar No.: 406030
Fax (770) 801-0724    *Pro Hac Vice*