IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LYNN PETTY, et al., | ) |
| | ) |
|     Plaintiffs, | ) |
| | )   CIVIL ACTION NO. 2:05cv1005-D |
| v. | ) |
| | ) |
| CLIENT SERVICES, INC., et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

Upon CONSIDERATION of Plaintiffs' Dismissal with Prejudice, filed November 18, 2005 (Doc. No. 8), and the Notice having been filed prior to service by the adverse party of an answer or of a motion for summary judgment, it is ORDERED that this cause be and the same is hereby DISMISSED with prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Done this 18th day of November, 2005.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE